IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Robert Roney<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Vincent Robert Roney<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-10579-TPA<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Lakeview Loan Servicing, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                Respectfully submitted,

Dated:  September 14, 2022        BY: */s/ Christopher A. DeNardo*
                                                  Christopher A. DeNardo 78447
                                                  Lorraine Gazzara Doyle  34576
                                                  LOGS Legal Group LLP
                                                  3600 Horizon Drive, Suite 150
                                                  King of Prussia, PA 19406
                                                  (610) 278-6800
                                                  logsecf@logs.com

LLG File #: 22-067365

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Robert Roney<br>　　　Debtor,<br><br>Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v.<br><br>Vincent Robert Roney<br>　　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-10579-TPA<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 16th day of September, 2022:

Vincent Robert Roney
5000 East Avenue
McKean, 16426

Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com