IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Robert Roney<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>18-10579-JAD |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Vincent Robert Roney<br>　　　Debtor/Respondent, | Docket #: 81<br><br>Related to Doc # 72, 80 |
| Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | |

## CERTIFICATE OF SERVICE

　　　I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 8th day of November 2022:

Vincent Robert Roney, 5000 East Ave, Mc Kean, PA 16426

Daniel P. Foster, Esquire, Foster Law Offices, 1210 Park Avenue, Meadville, PA 16335
dan@mrdebtbuster.com - VIA ECF

Ronda J. Winnecour, Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF


　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*　　　　　　　　　　　　　
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com