IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Robert Roney<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>18-10579-JAD |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>  Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Vincent Robert Roney<br>  Debtor/Respondent, | Docket #: 80<br><br>Related to Doc # 72 |
| Ronda J. Winnecour, Trustee<br>  Additional Respondent. | |

**O R D E R**

**AND NOW**, this   9th   day of   November  , 2022, upon consideration of Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC's Motion to Withdraw Motion for Relief from Automatic Stay, it is hereby ORDERED and DIRECTED that the Motion for Relief from Automatic Stay filed at Document Number 72 is WITHDRAWN without prejudice.  The hearing scheduled for November 9, 2022 is CANCELLED.

BY THE COURT:

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
11/9/22 6:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 18-10579-JAD

Vincent Robert Roney                                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                      User: auto                      Page 1 of 2

Date Rcvd: Nov 09, 2022            Form ID: pdf900                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

**Recip ID**              **Recipient Name and Address**
db                  +  Vincent Robert Roney, 5000 East Avenue, Mc Kean, PA 16426-1444

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022                           Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

**Name**                         **Email Address**

Brian Nicholas
                     on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
                     on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo
                     on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
                     on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher M. McMonagle
                     on behalf of Creditor Lakeview Loan Servicing  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

Daniel P. Foster

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Vincent Robert Roney dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel Philip Jones
on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Lorraine Gazzara Doyle
on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing LLC ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Steven P Kelly
on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11