**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VINCENT ROBERT RONEY<br><br>Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>Movant<br>vs.<br>ABSOLUTE RESOLUTIONS<br>INVESTMENTS LLC++<br>Respondents | Case No. 18-10579JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the UNSECURED CREDITOR to be issued in this case and relating to Debtor's account number 2279.

Regular mortgage payments are currently being directed to the following creditor at the following address:

ABSOLUTE RESOLUTIONS INVESTMENTS LLC++
C/O FIVE LAKES AGENCY INC
PO BOX 80730
ROCHESTER, MI 48308

Movant has been requested to send payments to:
ABSOLUTE RESOLUTIONS INVESTMENTS LLC
UNKNOWN

2279

The Chapter 13 Trustee's CID Records of ABSOLUTE RESOLUTIONS INVESTMENTS LLC++ have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 3/28/2023.

cc: Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
VINCENT ROBERT RONEY, 5000 EAST AVENUE, MCKEAN, PA 16426

ORIGINAL CREDITOR:
ABSOLUTE RESOLUTIONS INVESTMENTS LLC++, C/O FIVE LAKES AGENCY INC, PO BOX 80730, ROCHESTER, MI 48308

NEW CREDITOR:
ABSOLUTE RESOLUTIONS INVESTMENTS LLC
UNKNOWN

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335

:
ABSOLUTE RESOLUTIONS INVESTMENTS LLC, 8000 NORMAN CENTER DR STE 350, BLOOMINGTON, MN 55437