IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-10579-JCM |
| Vincent Robert Roney ) | |
| ) | Chapter 13 |
| Debtor(s) ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | Related to Doc. No. 91 |
| Movant(s) ) | |
| vs. ) | |
| Vincent Robert Roney ) | |
| ) | |
| Respondent(s) ) | |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on August 3, 2023 (document #91) is hereby WITHDRAWN. The hearing scheduled for September 12, 2023 is cancelled.

Respectfully submitted,

8/24/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
August 24, 2023

SIGNED
8/24/23 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-10579-JCM

Vincent Robert Roney     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Aug 24, 2023     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Robert Roney, 5000 East Avenue, Mc Kean, PA 16426-1444 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14861237 | + | Fnb Consumer Discount Company, 2501 West 12th Street, Erie, PA 16505-4527 |
| 14861238 | + | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 14894843 | + | Nationwide Recreation Finance, PO Box 1028, Mandeville, LA 70470-1028 |
| 14874977 | + | Nationwide Recreation Finance, 5066 South Amherst Highway, Suite 110, Madison Heights VA 24572-2442 |
| 14861243 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 24 2023 23:40:00 | Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14895004 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 24 2023 23:40:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14861234 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 24 2023 23:28:52 | Best Egg / SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14861235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 23:52:37 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14889455 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 23:52:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15441408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 23:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14861236 | + | Email/Text: rj@ffcc.com | Aug 24 2023 23:40:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 14984171 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Aug 24 2023 23:40:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14861238 | ^ | MEBN | Aug 24 2023 23:06:57 | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 14899553 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 24 2023 23:40:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861239 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 24 2023 23:40:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861974 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 23:51:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861240 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | | |

Case 18-10579-JCM    Doc 101    Filed 08/26/23    Entered 08/27/23 00:23:19    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 24 2023 23:40:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 15516814 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 23:40:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14861241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2023 23:27:56 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14861242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2023 23:26:28 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14891727 | | Email/Text: BNCnotices@dcmservices.com | Aug 24 2023 23:40:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892142 | | Email/Text: BNCnotices@dcmservices.com | Aug 24 2023 23:40:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14903535 | + | Email/Text: collections@widgetfinancial.com | Aug 24 2023 23:40:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 14861244 | + | Email/Text: collections@widgetfinancial.com | Aug 24 2023 23:40:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |
| 14897432 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2023 23:51:48 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC as servicing agent f |
| cr | | Nationstar Mortgage LLC as servicer for Lakeview L |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC
    bnicholas@kmllawgroup.com

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| | |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Daniel P. Foster | on behalf of Debtor Vincent Robert Roney dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 10