**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VINCENT ROBERT RONEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-10579<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/08/2018 and confirmed on 8/16/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,853.29 |
| Less Refunds to Debtor | 1,187.73 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,665.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 3,196.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,196.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 51,158.63 | 0.00 | 51,158.63 |
|     Acct: 6485 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 9,310.14 | 9,310.14 | 0.00 | 9,310.14 |
|     Acct: 6485 | | | | |
|   KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2634 | | | | |
|   NATIONWIDE RECREATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5481 | | | | |
| | | | | 60,468.77 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT ROBERT RONEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT ROBERT RONEY | 1,187.73 | 1,187.73 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6485 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ABSOLUTE RESOLUTIONS INVESTMENTS | 5,388.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 2279 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,717.94 | 0.00 | 0.00 | 0.00 |
|     Acct: 6237 | | | | |
|   UPMC HEALTH SERVICES | 1,070.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 6091 | | | | |
|   ECAST SETTLEMENT CORP | 434.76 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5284 | | | | |
|    ECAST SETTLEMENT CORP | 686.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8725 | | | | |
|    WIDGET FEDERAL CREDIT UNION D/B/A W | 8,339.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6351 | | | | |
|    WIDGET FEDERAL CREDIT UNION D/B/A W | 5,182.21 | 0.00 | 0.00 | 0.00 |
| Acct: 6351 | | | | |
|    WIDGET FEDERAL CREDIT UNION D/B/A W | 597.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6351 | | | | |
|    WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
|    WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
|    UPMC PHYSICIAN SERVICES | 497.93 | 0.00 | 0.00 | 0.00 |
| Acct: 6091 | | | | |
|    KUBOTA CREDIT CORP (USA) | 822.44 | 0.00 | 0.00 | 0.00 |
| Acct: 2634 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8725 | | | | |
|    STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    UPMC HAMOT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\* N O N E \*\*\*

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 60,468.77 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          9,310.14
UNSECURED       25,737.33

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VINCENT ROBERT RONEY

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.:18-10579

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10579-JCM |
| Vincent Robert Roney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Robert Roney, 5000 East Avenue, Mc Kean, PA 16426-1444 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14861237 | + | Fnb Consumer Discount Company, 2501 West 12th Street, Erie, PA 16505-4527 |
| 14894843 | + | Nationwide Recreation Finance, PO Box 1028, Mandeville, LA 70470-1028 |
| 14874977 | + | Nationwide Recreation Finance, 5066 South Amherst Highway, Suite 110, Madison Heights VA 24572-2442 |
| 14861243 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 28 2023 00:06:00 | Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14895004 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 28 2023 00:06:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14861234 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 28 2023 00:12:56 | Best Egg / SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14861235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 00:11:57 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14889455 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 00:24:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15441408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2023 00:06:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14861236 | + | Email/Text: rj@ffcc.com | Sep 28 2023 00:06:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 14984171 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Sep 28 2023 00:06:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14861238 | ^ | MEBN | Sep 28 2023 00:04:27 | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 14899553 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 28 2023 00:06:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861239 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 28 2023 00:06:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861974 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 28 2023 00:24:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861240 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 28 2023 00:06:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 15516814 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2023 00:06:00 | Drive, Lake Zurich, IL 60047-8944<br>RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14861241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:11:57 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14861242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:20 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14891727 | | Email/Text: BNCnotices@dcmservices.com | Sep 28 2023 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892142 | | Email/Text: BNCnotices@dcmservices.com | Sep 28 2023 00:06:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14903535 | + | Email/Text: collections@widgetfinancial.com | Sep 28 2023 00:07:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 14861244 | + | Email/Text: collections@widgetfinancial.com | Sep 28 2023 00:07:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |
| 14897432 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 00:24:21 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC as servicing agent f |
| cr | | Nationstar Mortgage LLC as servicer for Lakeview L |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com |

District/off: 0315-1          User: auto          Page 3 of 3
Date Rcvd: Sep 27, 2023          Form ID: pdf900          Total Noticed: 27

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher M. McMonagle
    on behalf of Creditor Lakeview Loan Servicing  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Daniel P. Foster
    on behalf of Debtor Vincent Robert Roney dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel Philip Jones
    on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Michelle L. McGowan
    on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11