Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Vincent Robert Roney** | : | Case No. 18−10579−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 105 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/28/23 at 03:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 27th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 105 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before November 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **November 28, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

  (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                     */s/ John C. Melaragno*
                      John C. Melaragno, Judge
                      United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10579-JCM |
| Vincent Robert Roney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 300a | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Robert Roney, 5000 East Avenue, Mc Kean, PA 16426-1444 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14861237 | + | Fnb Consumer Discount Company, 2501 West 12th Street, Erie, PA 16505-4527 |
| 14894843 | + | Nationwide Recreation Finance, PO Box 1028, Mandeville, LA 70470-1028 |
| 14874977 | + | Nationwide Recreation Finance, 5066 South Amherst Highway, Suite 110, Madison Heights VA 24572-2442 |
| 14861243 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 29 2023 01:10:00 | Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14895004 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 29 2023 01:10:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14861234 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 29 2023 01:08:37 | Best Egg / SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14861235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:29:19 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14889455 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15441408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14861236 | + | Email/Text: rj@ffcc.com | Sep 29 2023 01:11:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 14984171 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14861238 | | ^ MEBN | Sep 29 2023 01:00:55 | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 14899553 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 29 2023 01:11:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861239 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 29 2023 01:11:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861974 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:30:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861240 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 29 2023 01:11:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate |

Case 18-10579-JCM    Doc 109    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 300a | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Lake Zurich, IL 60047-8944 |
| 15516814 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14861241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:09:07 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14861242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:09:12 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14891727 | | Email/Text: BNCnotices@dcmservices.com | Sep 29 2023 01:12:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892142 | | Email/Text: BNCnotices@dcmservices.com | Sep 29 2023 01:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14903535 | + | Email/Text: collections@widgetfinancial.com | Sep 29 2023 01:13:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 14861244 | + | Email/Text: collections@widgetfinancial.com | Sep 29 2023 01:13:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |
| 14897432 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 02:42:45 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC as servicing agent f |
| cr | | Nationstar Mortgage LLC as servicer for Lakeview L |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 300a | Total Noticed: 27 |

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher M. McMonagle
    on behalf of Creditor Lakeview Loan Servicing  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Daniel P. Foster
    on behalf of Debtor Vincent Robert Roney dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel Philip Jones
    on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Michelle L. McGowan
    on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11