**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 18-10579-JCM |
| Vincent Robert Roney | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 110 |
| | : | |
| Fnb Consumer Discount Company, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** **Fnb Consumer Discount Company**
**Incorrect Address:** **2501 West 12th Street Erie, PA 16505-4527**
**Correct Address:** **41 Hadley Rd Greenville, PA 16125-1239**

Respectfully Submitted,

Date: October 13, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors