| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Vincent Robert Roney<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6091<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–10579–JCM | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent Robert Roney

11/14/23

**By the court:** John C Melaragno
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10579-JCM |
| Vincent Robert Roney | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Robert Roney, 5000 East Avenue, Mc Kean, PA 16426-1444 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14861237 | | Fnb Consumer Discount Company, 41 Hadley Rd, Greenville, PA 16125-1239 |
| 14874977 | + | Nationwide Recreation Finance, 5066 South Amherst Highway, Suite 110, Madison Heights VA 24572-2442 |
| 14894843 | + | Nationwide Recreation Finance, PO Box 1028, Mandeville, LA 70470-1028 |
| 14861243 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 15 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2023 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 15 2023 05:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2023 00:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 15 2023 00:25:00 | Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14895004 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 15 2023 00:25:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14861234 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 15 2023 00:33:17 | Best Egg / SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14861235 | | EDI: CAPITALONE.COM | Nov 15 2023 05:09:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14889455 | | EDI: CAPITALONE.COM | Nov 15 2023 05:09:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15441408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2023 00:26:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14861236 | | Email/Text: rj@ffcc.com | Nov 15 2023 00:25:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 14984171 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 29 |

|  |  |  | Nov 15 2023 00:26:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|---|
| 14861238 |  | ^ MEBN | Nov 15 2023 00:17:38 | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 14899553 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2023 00:26:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861239 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2023 00:26:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861974 | + | EDI: RECOVERYCORP.COM | Nov 15 2023 05:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861240 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 15 2023 00:26:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 15516814 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2023 00:26:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14861241 | + | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14861242 | + | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14891727 |  | Email/Text: BNCnotices@dcmservices.com | Nov 15 2023 00:26:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892142 |  | Email/Text: BNCnotices@dcmservices.com | Nov 15 2023 00:26:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14903535 | + | Email/Text: collections@widgetfinancial.com | Nov 15 2023 00:27:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 14861244 | + | Email/Text: collections@widgetfinancial.com | Nov 15 2023 00:27:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |
| 14897432 |  | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 00:44:40 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Community Loan Servicing, LLC |
| cr |  | Community Loan Servicing, LLC as servicing agent f |
| cr |  | Nationstar Mortgage LLC as servicer for Lakeview L |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 29 |

Date: Nov 16, 2023         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Brian Nicholas
   on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
   on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo
   on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
   on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher M. McMonagle
   on behalf of Creditor Lakeview Loan Servicing  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Daniel P. Foster
   on behalf of Debtor Vincent Robert Roney dan@mrdebtbuster.com
   katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel Philip Jones
   on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Michelle L. McGowan
   on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Steven P Kelly
   on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11