IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VINCENT ROBERT RONEY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10579

Chapter 13

Related to Doc. No. 105

ORDER OF COURT

AND NOW, this 14th day of November, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
11/14/23 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JOHN C. MELARAGNO, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10579-JCM |
| Vincent Robert Roney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Robert Roney, 5000 East Avenue, Mc Kean, PA 16426-1444 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14861237 | | Fnb Consumer Discount Company, 41 Hadley Rd, Greenville, PA 16125-1239 |
| 14874977 | + | Nationwide Recreation Finance, 5066 South Amherst Highway, Suite 110, Madison Heights VA 24572-2442 |
| 14894843 | + | Nationwide Recreation Finance, PO Box 1028, Mandeville, LA 70470-1028 |
| 14861243 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 15 2023 00:25:00 | Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14895004 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 15 2023 00:25:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14861234 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 15 2023 00:33:09 | Best Egg / SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14861235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:32:54 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14889455 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:33:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15441408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2023 00:26:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14861236 | | Email/Text: rj@ffcc.com | Nov 15 2023 00:25:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 14984171 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Nov 15 2023 00:26:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14861238 | | ^ MEBN | Nov 15 2023 00:17:40 | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 14899553 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2023 00:26:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861239 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2023 00:26:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14861974 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 01:33:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861240 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 15 2023 00:26:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate |

Case 18-10579-JCM    Doc 114    Filed 11/16/23    Entered 11/17/23 00:33:52    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Lake Zurich, IL 60047-8944 |
| 15516814 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2023 00:26:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14861241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:44:39 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14861242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:13 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14891727 | | Email/Text: BNCnotices@dcmservices.com | Nov 15 2023 00:26:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892142 | | Email/Text: BNCnotices@dcmservices.com | Nov 15 2023 00:26:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14903535 | + | Email/Text: collections@widgetfinancial.com | Nov 15 2023 00:27:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 14861244 | + | Email/Text: collections@widgetfinancial.com | Nov 15 2023 00:27:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |
| 14897432 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 00:33:35 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC as servicing agent f |
| cr | | Nationstar Mortgage LLC as servicer for Lakeview L |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 27 |

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher M. McMonagle
    on behalf of Creditor Lakeview Loan Servicing  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Daniel P. Foster
    on behalf of Debtor Vincent Robert Roney dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel Philip Jones
    on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Michelle L. McGowan
    on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11